UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW BAHR on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-mc-00027-TWP-TAB ) |
| STATE COLLECTION SERVICE, INC., | ) ) |
| Defendant. | ) |

**ORDER REFERRING MOTION**

United States Magistrate Tim A. Baker is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to issue a report and recommendation on the Motion of State Collection Service Inc. to Transfer to the Northern District of Illinois, or, Alternatively, to Quash or Modify Third-Party Subpoena to Ontario at Docket No. 1.

IT IS SO ORDERED.

Date:   3/20/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stacy M. Bardo
BARDO LAW, P.C.
22 West Washington Street, Suite 1500
Chicago, IL 60602

Robert W. Harrer
CHICAGO CONSUMER LAW CENTERS, P.C.
111 West Washington Street
Suite 1360
Chicago, IL 60602

Patrick D. Newman
BASSFORD REMELE, P.A.
pnewman@bassford.com

Bryan Paul Thompson
CHICAGO CONSUMER LAW CENTER, P.C.
111 West Washington Street
Suite 1360
Chicago, IL 60602